Neal Weingart, OSB No. 066551
1 SW Columbia St. Suite 1850
Portland, Oregon 97204
(503) 379-9933 Telephone
1(888) 957-8392 Facsimile
neal@nealweingartlaw.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LORENA CRUZ RODRIGUEZ,<br><br>    Defendant. | Case No.  3:21-cr-00077-IM-10<br><br>**SENTENCING MEMORANDUM** |

On August 29, 2022, Ms. Cruz Rodriguez is scheduled for sentencing before the court following her plea of guilty to Count 1: Conspiracy to Possess with the Intent to Distribute Methamphetamine in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A), and 21 U.S.C. § 843(b) and 846 - Class A Felony.  Ms. Cruz Rodriguez will be requesting that the court sentence her to a total of <u>21 months of imprisonment</u>.

The United States Probation Office is expected to be requesting 21 months of incarceration for Ms. Cruz Rodriguez.  The United States Attorney's office is expected to recommend a 27-month sentence in this case.  Under the circumstances, which will be

discussed in a different document, a 21-month sentence would be sufficient but not greater than necessary to achieve the purposes set forth in 18 U.S.C. § 3553(a).

Respectfully submitted this 24th day of August, 2022.

                                              */s/ Neal Weingart*
                                              Neal Weingart
                                              Attorney for Defendant