NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**ANDREW T. HO, OSB #185047**
Andrew.Ho@usdoj.gov
**STEVEN T. MYGRANT, OSB #031293**
Steven.Mygrant@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-00077-IM-6 |
| v. | GOVERNMENT'S SENTENCING MEMORANDUM |
| LUIS ARTURO BARAHONA RODAS, | |
| Defendant. | |

### Introduction

Defendant acted as a sub-distributor for a transnational drug trafficking organization (DTO). This conduct allowed a Mexico-based drug trafficker to profit from the sale of methamphetamine and heroin in Oregon and other markets in the United States. The government agrees with the guideline calculation and criminal history computation as outlined in the PSR. There are no factual disputes between defendant and the government. As a result, the government will recommend a 41-month sentence of imprisonment to be followed by three years of supervised release and a $100 fee assessment.

I.  **FACTUAL BACKGROUND**

   A.  **The Offense Conduct**

Beginning in 2020, the Drug Enforcement Administration (DEA) commenced a long-term wiretap investigation into a Mexico-based DTO. Through wiretap intercepts, the DEA determined that defendant was an Oregon-based sub-distributor of the DTO.

 On February 1, 2021, investigators intercepted communications between defendant and co-defendant, Alejandro Roman Velasquez Amador, arranging for defendant to deliver drug proceeds to co-defendant Velasquez Amador. Investigators set up surveillance at the meeting location and observed defendant and co-defendant Velasquez Amador arrive in separate vehicle. Investigators conducted a stop and searched defendant's vehicle. They found $19,424 in drug proceeds.

On March 12, 2021, investigators arrested defendant as he exited a suspected stash house in Oregon. Investigators seized a small quantity of methamphetamine on defendant's person. Intercepted wire communications established that from February through March 2021, defendant participated in the distribution of 1,650 grams of heroin and 84 grams of methamphetamine.

   B.  **The Charges**

Defendant was charged with the first count in a two-count superseding indictment. Count one charged conspiracy to possess with intent to distribute and distribute controlled substances, to use a communication facility and to maintain drug-involved premises, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(A)(i), 843(b), 856(a), and 846. On November 15, 2022, defendant pleaded guilty to this offense. The government will move to dismiss case number 3:21-cr-00104-IM-2 as to this defendant at the time of sentencing.

    **C.**    **The Plea Agreement & Guideline Computations**

Defendant agreed to plead guilty to count one, and in exchange the government will, subject to the limitations set forth in the agreement, recommend that defendant receive a three-level reduction for acceptance of responsibility. The parties agree with the guideline calculations in the PSR, subject to further adjustments by the Court.

**II.**    **Government's Recommended Sentence**

The distribution of this quantity of heroin and methamphetamine is a serious federal crime. Drug trafficking organizations profit from addiction and the human suffering that accompanies it. Wire intercepts establish that defendant engaged in the distribution of a significant amount of heroin. Additionally, defendant engaged in the transfer of drug proceeds, which drug trafficking organizations need to operate.

**III.**    **CONCLUSION**

Based on the foregoing, the government recommends the Court impose a sentence of 41-months imprisonment, followed by a three-year term of supervised release, subject to the conditions in the PSR, and a $100 fee assessment.

Dated: April 28, 2023                                      Respectfully submitted,

                                                                          NATALIE K. WIGHT
United States Attorney

*/s/ Andrew T. Ho*
ANDREW T. HO, OSB #185047
STEVEN T. MYGRANT, OSB #031293
Assistant United States Attorneys